IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 23 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-130 |
| | ) | (18 U.S.C. § 922(g)(1)) |
| DEJUAN HILL | ) | [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about June 9, 2020, in the Western District of Pennsylvania, the defendant, DEJUAN HILL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Manufacture, Deliver, or Possess with Intent to Manufacture Deliver a Controlled Substance, on or about September 18, 2019, at Docket No. CP-04-CR-0000556-2019, in the Court of Common Pleas, County of Beaver, Criminal Division, Commonwealth of Pennsylvania;

knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, namely:

    a.    A Glock 21, .45 Caliber Pistol, bearing serial number XHH258; and

    b.    Approximately 23 rounds of .45 Caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The grand jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of the Indictment, the following firearm and ammunition, which were involved in the commission of the offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1):

    a. A Glock 21, .45 Caliber Pistol, bearing serial number XHH258; and

    b. Approximately 23 rounds of .45 Caliber ammunition.

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352